In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00005-CR

                                                ______________________________

 

 

                                             JARVIS
HILL, Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 115th
Judicial District Court

                                                            Upshur County, Texas

                                                            Trial
Court No. 15,449

 

                                                        
                                          

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Appellant,
Jarvis Hill, filed a notice of appeal January 6, 2011, from his conviction for
aggravated robbery with a deadly weapon. 
Hill also filed a motion for new trial. 
The trial court subsequently granted that motion for new trial, and Hill
has therefore filed a motion to dismiss his appeal.  

            When the
trial court grants a motion for new trial, it restores the case to its position
before the former trial.  Tex. R. App. P. 21.9(b).  Because there is no conviction from which to
appeal, we have no jurisdiction to consider Hill’s appeal.  See
Waller v. State, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

            Consequently,
Hill’s motion to dismiss is granted, and we dismiss the appeal as moot.

 

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date Submitted:          February
16, 2011       

Date Decided:             February
17, 2011

 

Do Not Publish